JOSEPH A. WELCH, ESQ. STATE BAR NO. 119312
Law Offices of
**HINTZ & WELCH**
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone: (916) 444-5203
Telecopier: (916) 444-8702

Attorney for Plaintiffs
JAMES MICHAEL FLOHR and WENDY FLOHR

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES MICHAEL FLOHR and WENDY FLOHR, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY AND GUARANTY GROUP INSURANCE TRUST dba OLD MUTUAL FINANCE LIFE INSURANCE COMPANY, et al. <br><br> Defendants. | Case No.: 2:10-CV-00122-FCD-GGH <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATES** |

COMES NOW Plaintiffs JAMES MICHAEL FLOHR and WENDY FLOHR and Defendants OM FINANCIAL LIFE INSURANCE COMPANY erroneously sued as FIDELITY AND GUARANTY GROUP INSURANCE TRUST dba OLD MUTUAL FINANCIAL LIFE INSURANCE COMPANY and hereby stipulate to extend certain discovery cut-off dates.

Both Plaintiffs and Defendants are in agreement regarding an extension of time because due to recent trial calendars, the current discovery schedule does not allow enough time to complete all of the necessary discovery by the deadlines set forth. All parties are in agreement to a forty-five day extension of the currently scheduled deadlines as set forth below.

There have been no previous stipulation and orders submitted for time modifications

This matter is currently set for trial on June 28, 2011.

The parties to therefore stipulate and agree as follows:

1. To extend the fact discovery cutoff to November 15, 2010;

2. To extend the Designation of Expert Witnesses deadline until December 1, 2010;

3. To extend the Dispositive Motion Deadline to April 8, 2011.

4. To extend the Final Pretrial Conference to June 10, 2011 at 2:30 p.m.; and

5. To extend the Trial Date to August 16, 2011 at 9:00 a.m.

**SO STIPULATED.**

Dated: September  17 , 2010                                Respectfully submitted,

**HINTZ & WELCH**

_/s/_____
Joseph A. Welch
Attorney for Plaintiffs

Dated: September  17 , 2010                                **REED SMITH LLP**

_/s/_____
Henry C. Wang
Attorney for Defendants

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: September 20, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE