Henry C. Wang (SBN 196537)
Email: hwang@reedsmith.com
Brett B. Goodman (SBN 260899)
Email: bgoodman@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     +1 213 457 8000
Facsimile:      +1 213 457 8080

*Attorneys for Defendant*
OM Financial Life Insurance Company *erroneously sued as* Fidelity and Guaranty Group Insurance Trust dba Old Mutual Financial Life Insurance Company

Joseph A. Welch, Esq.
Hintz & Welch
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone:     +1 916 444 5203
Facsimile:      +1 916 444 8702

*Attorney for Plaintiff*
James Michael Flohr

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES MICHAEL FLOHR and WENDY FLOHR,<br><br>            Plaintiffs,<br><br>       vs.<br><br>FIDELITY AND GUARANTY GROUP INSURANCE TRUST dba OLD MUTUAL FINANCIAL LIFE INSURANCE COMPANY and DOES 1 through 50, Inclusive,<br><br>            Defendants. | Case No. 2:10-cv-00122-FCD-GGH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATES**<br><br>Compl. Filed:       September 17, 2009 |

COMES NOW Plaintiff JAMES MICHAEL FLOHR, and Defendant OM FINANCIAL LIFE INSURANCE COMPANY erroneously sued as FIDELITY AND GUARANTY GROUP INSURANCE TRUST dba OLD MUTUAL FINANCIAL LIFE INSURANCE COMPANY and hereby stipulate to extend certain discovery cut-off dates.

Both Plaintiff and Defendants are in agreement regarding an extension of time because due to recent trial calendars, the current discovery schedule does not allow enough time to complete all of the necessary discovery by the deadlines set forth. All parties are in agreement to an extension of the currently scheduled deadlines as set forth below.

This matter is currently set for trial on August 16, 2011.

The parties therefore stipulate and agree as follows:

1. To extend the fact discovery cutoff to February 4, 2011;

2. To extend the Designation of Expert Witnesses deadline until February 18, 2011.

**SO STIPULATED.**

DATED:  December 9, 2010.

        REED SMITH LLP

By     /s/ Henry C. Wang
   Henry C. Wang
   Brett B. Goodman
   *Attorneys for Defendant*
   OM Financial Life Insurance Company *erroneously sued as* Fidelity and Guaranty Group Insurance Trust dba Old Mutual Financial Life Insurance Company

DATED:  December 9, 2010.   HINTZ & WELCH

By     /s/ Joseph A. Welch
   Joseph A. Welch
   *Attorney for Plaintiffs*
   James Michael Flohr

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: December 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATES